Columbus Theatre, Inc.
vs.
Henry E. Waterman
and
Walter J. Crompton    Eq. No. 9378.

Brice D. Armour
vs.
Henry E. Waterman
and
Walter J. Crompton    Eq. No. 9379.

March 20, 1929.

TANNER, P. J. After evidence had been put in to a considerable extent in these cases, the complainants submitted to a decree that the injunction against the sale of the premises should be dissolved, but ask leave to discontinue the suit.

Under the statute they can not do this as a matter of right and upon consideration of the circumstances of the cases, we are not inclined to grant the request.

The bills are therefore dismissed.

For complainants: Pettine, Godfrey & Cambio.

For respondents: Tillinghast & Collins.